**Lake James H. Perriguey**, OSB No. 983213
lake@law-works.com
**LAW WORKS LLC**
618 NW Glisan Street, Suite 203
Portland, Oregon 97209
Telephone: 503.227.1928
Facsimile: 503.334.2340

**Chad Belville** IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff
*Pro Hac Vice* Pending
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| FRASERSIDE IPLLC, | | |
| | Plaintiff, | Case No. 3:12-cv-699 |
| v. | | |
| William Michael Jones aka Michael Jones aka Mike Jones aka Mike Bone aka BoneProne, Mindy Jones aka Mindy Jacobs aka Queen BoneProne aka "Porn Mafia Family", dba boneprone.com, dba tubekings.com and dba socalmovies.com, www.boneprone.com, www.tubekings.com, and www.socalmovies.com, and La Vista, a Philippines entity, and Chin Holdings China, a Panama entity, Marvin Greencarrier, and John Does 1 - 100 and John Doe Companies 1 – 100, | | **PLAINTIFFS EXHIBITS TO COMPLAINT** |
| | Defendants. | |

Pursuant to the request from Paul Gale, Courtroom Deputy, Plaintiff, by and through counsel undersigned, files with this document, Exhibit 14 and Exhibit 17 to its Amended Complaint, which are attached.

/////

/////

Page 1 -  Exhibits to Complaint

DATED this __4th__ day of February, 2013.

Respectfully submitted:

s/Lake James H. Perriguey/
Lake Perriguey, Esq., OSB No. 98321
LAW WORKS LLC
618 NW Glisan St., #203
Portland, OR 97209
lake@law-works.com
Tel:  503-227-1928

s/Chad Belville/
Chad Belville, IA Bar # 015731

Physical Address:    4742 North 24th Street Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:    P.O. Box 17879

Phoenix, AZ 85011
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Lake James Perriguey, Attorney for Plaintiff, hereby certify that on February 4, 2013, a copy of the foregoing was filed utilizing the Court's Electronic Case Filing system,.

s/Lake James Perriguey

Page 2 -  Exhibits to Complaint



## BACK TO TUBEKINGS MAINPAGE FOR TODAY'S NEWEST MOVIES
### YESTERDAY'S TUBEKINGS MOVIES | MOST POPULAR TUBEKINGS MOVIES | HIGHEST RATED TUBEKINGS MOVIES

1. Full Length Amateur Sex Tape Movies
2. Free Big Boobs Porn Movies
3. Free Outdoor Public Sex Porn Movies
4. Free HD Teen Porn Movies
5. Free Nikki Benz HD Porn Movies
6. Free Jenna Haze HD Porn Movies
7. Bree Olsen Free HD Porn Movies
8. Free Tori Black Free HD Porn Movies
9. Sasha Grey Free HD Porn Movies
10. Free HD Interracial Porn Movies
11. Kacey Jordan Charlie Sheen Pornstar
12. Carmella Bing Free HD Porn Movies

### YESTERDAY'S FREE PORN MOVIES | MOST POPULAR FREE PORN MOVIES | HIGHEST RATED FREE PORN MOVIES

**Suggestions - Social SEX Network!**
Add people you know as friends and connect with public profiles you like

Network : **Long Beach**

| gbundea | hotbaby3764 | kooter24 | BustyBrynn |
| Add as friend | Add as friend | Add as friend | Add as friend |
| beauty288 | flexywmn696 | butterscotch021 | horniteri |
| Add as friend | Add as friend | Add as friend | Add as friend |
| onfire380 | SHAVED_GIRL_21 | violet_buttrfly | simplicity27 |
| Add as friend | Add as friend | Add as friend | Add as friend |

---

**TubeKings Full Length Free Streaming Porn Movies**
Free Porn Movies | Tubekings Fight Movies | Tubekings Comedy Movies

YAHOO! SEARCH     Like  685 people like this. Be the first of your friends.

**Tubekings** streaming full length free porn movies. From amateur Home movies to celeb sextapes and all the best porn membership paysite movies and DVDs streamed all for free here at tubekings. Tubekings is the best porntube site for Totally Free Full length long streaming adult movies. Over 1 million movies in our database with 30 new titles added daily! The best porn tube mega site on the internet. The King of the porn Tube sites tubekings is the very best in streaming full length free porn movies and videos.

Home | Contact Us Comments | DMCA | Social Adults Dating | User Movies & Upload Area

EXHIBIT 14

**upload:** The Automated Upload System has been turned off due to abuse and questionable content.
All content must be sent via the Breakthrough Email System.
To have videos listed/hosted register here for a Free and Secure breakthrough Email Account.
With it you will also have VIP access to tubekings as well as have uploads of other users sent directly to you.

**SETUP BREAKTHROUGH HERE**
Upon compeltion you will be contacted.

Non-Video users who wish to only submit and view Picutres of others may use our **Picture Section of Tubekings - Enter Here**

EXHIBIT 17